IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD MARTINEZ,

    Plaintiff,

  vs.                          CIV S-08-0426 MCE KJM PS

ROBERT MARTINEZ, et al.,

    Defendants.          <u>ORDER</u>

_____/

        Plaintiff is proceeding in this action pro se and in forma pauperis. Plaintiff's second amended complaint was dismissed with leave to amend. Plaintiff has requested an extension of time to file a third amended complaint.

        Accordingly, IT IS HEREBY ORDERED that plaintiff shall file a third amended complaint within thirty days from the date of this order.

DATED: January 29, 2009.

_____
U.S. MAGISTRATE JUDGE

006
martinez.eot